―――, *for appellee.*

―――――――――

## L. M. LEE'S ADM'R *v.* JOHN HARPER AND OTHERS.

**Contracts—Made on Sunday—Ratification.**

A contract made on Sunday may thereafter be ratified so as to be binding on the parties.

**Contracts—Ratification—Question for Jury.**

Whether a contract made on Sunday was afterwards ratified so as to bind the parties, is a question for the jury.

APPEAL FROM HICKMAN CIRCUIT COURT.

February 1, 1873.

OPINION BY JUDGE PRYOR:

Conceding that the agreement by which the appellees obtained possession to run the mill race through the appellant's land was executed on the Sabbath, if after its execution it was ratified and confirmed by the appellees, it then becomes valid and obligatory upon them. Whether or not there was such a confirmation of the agreement after its date by the appellees is· a question for the jury to determine. The instructions to find for the defendants in the event the writing was executed on the Sabbath was erroneous, without at the same time so qualifying that instructions as to enable the jury to determine from the evidence, whether or not it had afterwards been ratified. *Ray v. Callett*, 12 B. Mon. 532.

The judgment of the court below is reversed and cause remanded

with directions to award the appellant a new trial and for further proceedings in conformity with this opinion.

*Bullock, for appellants.*

————, *for appellees.*